DANIEL H. BRUNNER
CHAPTER 13 TRUSTEE
P.O. Box 1513
Spokane, WA 99210-1513
(509) 747-8481

DEC14'09AM10:42 USBCEW

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WASHINGTON

In Re:
MORA, GUILLERMO A and
MORA, MARTHA H

Case No. 07-03545-FLK13

Debtors

TENDER OF UNCLAIMED FUNDS

TO: The Clerk of the U.S. Bankruptcy Court, Eastern District of Washington

There is tendered herewith, the sum $50.14, BEING MONIES WHICH ARE UNCLAIMED in this case. The claimant entitled to these funds is as follows:

| Claim # | Claimant | Amount |
|---|---|---|
| 2 | SEARS<br>PO BOX 6924<br>THE LAKES, NV  889016924 | $50.14 |

Dated: December 08, 2009

_____
DANIEL H. BRUNNER, Chapter 13 Trustee

Receipt 4873625    12-14-09

$50.14